AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Omar Damian Pitter, ) Case No. 13-8111-WM
a/k/a "Jermaine Ayala" )
)
)

*Defendant(s)*

FILED by ___ D.C.
FEB 27 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 26, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and 1326(b)(2) | Illegal reentry. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

DAVID J. JANSEN   HSI  S.A.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/27/2013__

*Judge's signature*

City and state: __West Palm Beach, Florida__   William Matthewman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, David Jansen, being duly sworn, hereby depose and state as follows;

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed for approximately six years. Prior to my appointment as a Special Agent, I was an officer with U.S. Customs and Border Protection for four years, as well as an Inspector with the U.S. Immigration and Naturalization Service for five years. During my career I have completed over sixty weeks of training at the Federal Law Enforcement Training Center, including training in conducting criminal investigations and in immigration law. As a Special Agent with HSI, I am responsible for conducting criminal investigations related to the statutes contained in the Immigration and Nationality Act and related offenses contained in Titles 8 and 18 of the United States Code. As a result of my extensive training and fifteen years of federal law enforcement experience, I am familiar with the tactics, methods, and techniques of committing various types of immigration law violations. I have been the lead investigator or otherwise participated in numerous investigations involving identity theft and document fraud violations.

2. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause for the arrest of Omar Damian PITTER ("PITTER") for violating Title 8, United States Code, Sections 1326(a) and 1326(b)(2). As such, it does not include everything I know about this investigation.

3. In 2012, I received information from a source of information indicating Tanya WILLISTON, a Jamaican national, was involved in a fraudulent marriage to obtain permanent residency status in the United States and was living with a man other than her husband.

4.     After receiving this information, my investigation revealed that on August 20, 2011, WILLISTON married Idom Bradman OMOKEOWA; a U.S. citizen. My investigation further revealed that WILLISTON currently resides at 11750 Valencia Gardens Avenue in Palm Beach Gardens, Florida with a person initially identified as Jermaine AYALA; born on January 19, 1981.

5.     The Florida Driver And Vehicle Information Database (D.A.V.I.D.) contains a driver's license record for AYALA (#A400420810190) which contains a scanned image of a U.S. Virgin Islands birth certificate in the name of Jermaine AYALA, born on January 19, 1981. A query of the National Crime Information Center (NCIC) revealed AYALA has a criminal record in U.S. Virgin Islands. A photograph of Jermaine AYALA, born on January 19, 1981, obtained from the Saint Croix Police Department does not match the photograph of the subject of Florida license #A400420810190.

6.     A search of Homeland Security databases of Jamaican nationals deported from the United States in 2010 revealed a record for Omar Damian PITTER; a Jamaican national born on May 10, 1982. The alien file for PITTER (A97,240,761) revealed that on March 9, 2010, he was released from the custody of the United States Bureau of Prisons and on May 6, 2010, he was deported to Jamaica via a U.S. government charter flight. The photograph of PITTER from alien file A97,240,761 is nearly identical to the photograph of Jermaine AYALA from Florida license #A400420810190.

7.     In 2003, PITTER was convicted in United States District Court for the Northern District of Ohio for Conspiracy to Possess with Intent to Distribute Cocaine and Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Sections 846 and

841(a)(1) under the name Troy WILLIAMS, AKA Omar PITTER.

8. Alien file A97,240,761 contains a copy of PITTER's federal drug trafficking conviction and the Form I-205 documenting PITTER's deportation and contains a photograph of PITTER as well as his right index fingerprint.

9. Records maintained by United States Citizenship and Immigration Services show that PITTER has never applied for permission from the United States Attorney General or his successor, the Secretary of Homeland Security, in order to return and apply for admission into the United States after having been deported.

10. Based upon the foregoing, I respectfully submit that there is probable cause to believe that the defendant, Omar Damian PITTER, after having previously been deported from the United States, subsequent to the commission of an aggravated felony, was found in the United States without having received the express consent of the Attorney General or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), for his admission or reentry into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

_____
DAVID JANSEN, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me this
27th day of February, 2013

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Omar Damian Pitter, a/k/a "Jermaine Ayala"

**Case No:** 13-8111-WM

Count #: 1

Illegal reentry.

8 U.S.C. §§ 1326(a) and 1326(b)(2)

\* **Max.Penalty:** 20 years imprisonment; 3 years supervised release; $250,000 fine.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-8111-WM

UNITED STATES OF AMERICA

vs.

OMAR DAMIAN PITTER,
a/k/a "Jermaine Ayala,"

                 Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

BY: *Stephanie Evans*
                Stephanie D. Evans
                Assistant United States Attorney
                Florida Bar No. 255180
                500 S. Australian Avenue, Suite 400
                West Palm Beach, FL 33401
                TEL: (561) 820-8711
                FAX: (561) 805-9846
                STEPHANIE.D.EVANS@usdoj.gov